# IN THE SUPREME COURT OF THE STATE OF NEVADA

CYNTHIA DEWOLFF,
                    Appellant,
       vs.
THE STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION;
RENEE OLSON, IN HER CAPACITY AS
ADMINISTRATOR OF THE
EMPLOYMENT SECURITY DIVISION;
AND KATIE JOHNSON, IN HER
CAPACITY AS CHAIRPERSON OF THE
EMPLOYMENT SECURITY DIVISION
BOARD OF REVIEW,
                    Respondents.

No. 72378



FILED

FEB 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a petition for judicial review. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The following claims or parties appear to remain below: appellant's claims against her employer, Interstate Security Services. Interstate Security Services was named as a party and served with process. Thus, it was a party to the district court proceedings. *See Albert*

*D. Massi, Ltd. v. Bellmyre*, 111 Nev. 1520, 1521, 908 P.2d 705, 706 (1995). To be final, a judgment must resolve all claims as to all parties. *See Lee v. GNLV Corp.*, 116 Nev. at 426, 996 P.2d at 417. We thus conclude that claims remain pending in the district court such that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1). We therefore conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]



_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Eric Johnson, District Judge
Cynthia DeWolff
State of Nevada/DETR
Eighth District Court Clerk

---

[1]Appellant may file a notice of appeal from any appealable order entered by the district court.